*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Angela S. Scheipe  )  Case No. 24–14198–pmm
   fka Angela S. Weidenheimer  )
   )
   Debtor(s).  )  Chapter: 13
   )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

      **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 24, 2025                                                                                   For The Court

                                                                                                                    Patricia M. Mayer
                                                                                                                    Judge, United States Bankruptcy Court