IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Angela S. Scheipe,** | : | |
| Debtor. | : | Case No. **24-14198 (PMM)** |

**ORDER**

**AND NOW**, upon consideration of the Order confirming the chapter 13 plan (doc. #25, the Confirmation Order")

AND the Confirmation Order having been entered inadvertently;

It is hereby **ordered** that the Confirmation Order is **vacated**.

Dated: 4/25/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge