United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14198-pmm |
| Angela S. Scheipe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela S. Scheipe, 240 Main Street, Leesport, PA 19533-8836 |
| 14948799 | + | Paypal Credit, PO Box 852039, Richardson, TX 75085-2039 |
| 14956304 | + | U.S. Bank, National Association, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14948802 | + | Upstart, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948783 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 25 2025 00:12:40 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14948784 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 25 2025 00:04:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14948791 | | Email/Text: cfcbackoffice@contfinco.com | Apr 25 2025 00:04:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14948790 | | Email/Text: cfcbackoffice@contfinco.com | Apr 25 2025 00:04:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14948785 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2025 00:28:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14948786 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 25 2025 00:04:00 | Celtic Bank/Indigo, PO Box 4477, Beaverton, OR 97076-4401 |
| 14948787 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2025 00:04:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14948788 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 25 2025 00:04:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14948792 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2025 00:12:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14948793 | + | Email/Text: dht@pacollections.com | Apr 25 2025 00:04:00 | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 14948794 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 25 2025 00:04:00 | Destiny Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 14948795 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2025 00:12:43 | First Premier Bank, PO Box 5517, Sioux Falls, SD 57117-5517 |
| 14970508 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14971422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |

Case 24-14198-pmm   Doc 28   Filed 04/26/25   Entered 04/27/25 00:35:29   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14948796 | + | Email/Text: Documentfiling@lciinc.com | Apr 25 2025 00:04:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 14967778 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 00:11:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14948797 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 00:12:28 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14969048 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2025 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14948798 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2025 00:04:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971418 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2025 00:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14948800 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2025 00:04:00 | Select Porfolio Servicing, Inc., Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14958400 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2025 00:12:42 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14948801 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 25 2025 00:04:00 | The Bank of Missouri, 268 S. State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 14950470 | ^ | MEBN | Apr 25 2025 00:01:22 | U.S. Bank, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14973743 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2025 00:04:00 | U.S. Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14969192 | | Email/Text: EDBKNotices@ecmc.org | Apr 25 2025 00:04:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14948804 | | Email/Text: dispute@velocityrecoveries.com | Apr 25 2025 00:04:00 | Velocity Investments, Inc., Attn: Bankruptcy, 1800 Route 34nM Suite 305, Belmar, NJ 07719 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14948789 | *+ | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14948803 | *+ | Upstart, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2025          Signature:          /s/Gustava Winters

Case 24-14198-pmm   Doc 28   Filed 04/26/25   Entered 04/27/25 00:35:29   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Angela S. Scheipe tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Angela S. Scheipe )    Case No. 24−14198−pmm
   fka Angela S. Weidenheimer )
   )
   Debtor(s). )    Chapter: 13
   )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 24, 2025                      For The Court

                                                          Patricia M. Mayer
                                                          Judge, United States Bankruptcy Court