United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                          Case No. 24-14198-pmm
Angela S. Scheipe              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 3
Date Rcvd: Apr 25, 2025            Form ID: pdf900            Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela S. Scheipe, 240 Main Street, Leesport, PA 19533-8836 |
| 14948799 | + | Paypal Credit, PO Box 852039, Richardson, TX 75085-2039 |
| 14956304 | + | U.S. Bank, National Association, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14948802 | + | Upstart, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 26 2025 00:19:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2025 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14948783 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 26 2025 00:35:12 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14948784 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 26 2025 00:19:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14948790 | | Email/Text: cfcbackoffice@contfinco.com | Apr 26 2025 00:24:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14948791 | | Email/Text: cfcbackoffice@contfinco.com | Apr 26 2025 00:24:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14948785 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2025 00:35:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14948786 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2025 00:25:00 | Celtic Bank/Indigo, PO Box 4477, Beaverton, OR 97076-4401 |
| 14948787 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2025 00:24:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14948788 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 26 2025 00:24:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14948792 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2025 00:21:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14948793 | + | Email/Text: dht@pacollections.com | Apr 26 2025 00:24:00 | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 14948794 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2025 00:25:00 | Destiny Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 14948795 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2025 00:21:31 | First Premier Bank, PO Box 5517, Sioux Falls, SD |

Case 24-14198-pmm   Doc 29   Filed 04/27/25   Entered 04/28/25 00:31:18   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-5517 |
| 14970508 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2025 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14971422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2025 00:24:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14948796 | + | Email/Text: Documentfiling@lciinc.com | Apr 26 2025 00:19:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 14967778 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2025 00:48:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14948797 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2025 00:21:05 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14969048 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14948798 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2025 00:24:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971418 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14948800 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2025 00:24:00 | Select Porfolio Servicing, Inc., Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14958400 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2025 01:11:44 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14948801 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2025 00:25:00 | The Bank of Missouri, 268 S. State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 14950470 | ^ | MEBN | Apr 26 2025 00:03:23 | U.S. Bank, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14973743 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2025 00:25:00 | U.S. Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14969192 | | Email/Text: EDBKNotices@ecmc.org | Apr 26 2025 00:19:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14948804 | | Email/Text: dispute@velocityrecoveries.com | Apr 26 2025 00:24:00 | Velocity Investments, Inc., Attn: Bankruptcy, 1800 Route 34nM Suite 305, Belmar, NJ 07719 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14948789 | *+ | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14948803 | *+ | Upstart, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 33

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

**Name** **Email Address**

BRENNA HOPE MENDELSOHN
 on behalf of Debtor Angela S. Scheipe tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
 on behalf of Creditor U.S. Bank National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 13

**Angela S. Scheipe,**                              :

        Debtor.                             :    Case No. **24-14198** (PMM)
_____

### ORDER

    **AND NOW**, upon consideration of the Order confirming the chapter 13 plan (doc. #25, the Confirmation Order")

    AND the Confirmation Order having been entered inadvertently;

    It is hereby **ordered** that the Confirmation Order is **vacated**.

Dated: 4/25/25

                                                                           _____
                                                                            Hon. Patricia M. Mayer
                                                                            United States Bankruptcy Judge