# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela S. Scheipe<br>     Debtor(s)<br><br>U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3, its successors and/or assigns<br>     Movant<br>  vs.<br><br>Angela S. Scheipe<br>     Debtor(s)<br><br>Scott F. Waterman<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 24-14198 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3, which was filed with the Court on or about January 31, 2025.

Dated: June 4, 2025

                  Respectfully submitted,

                  /s/Matthew Fissel
                  Matthew Fissel, Esq.
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  Phone: (215)-627-1322
                  mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Angela S. Scheipe<br><br>                              Debtor(s)<br><br>U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3<br>                              Movant<br>                vs.<br><br>Angela S. Scheipe<br><br>                              Debtor(s)<br><br>Scott F. Waterman<br>                              Trustee | **BK NO. 24-14198 PMM**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 6/5/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/5/2025

                                                                                    **/s/ Matthew Fissel**
                                                                                    Matthew Fissel, Esquire
                                                                                    Attorney I.D. 314567
                                                                                    KML Law Group, P.C.
                                                                                    BNY Mellon Independence Center
                                                                                    701 Market Street, Suite 5000
                                                                                    Philadelphia, PA 19106
                                                                                    201-549-2363
                                                                                    bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Angela S. Scheipe<br>240 Main Street<br>Leesport, PA 19533 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brenna Hope Mendelsohn Esq.<br>Mendelsohn & Mendelsohn, PC<br>637 Walnut Street<br>Reading, PA 19601 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |