United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14198-pmm

Angela S. Scheipe  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Jun 05, 2025      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela S. Scheipe, 240 Main Street, Leesport, PA 19533-8836 |
| 14948799 | + | Paypal Credit, PO Box 852039, Richardson, TX 75085-2039 |
| 14956304 | + | U.S. Bank, National Association, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14948802 | + | Upstart, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948783 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 06 2025 00:21:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14948784 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 06 2025 00:07:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14948791 | | Email/Text: cfcbackoffice@contfinco.com | Jun 06 2025 00:07:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14948790 | | Email/Text: cfcbackoffice@contfinco.com | Jun 06 2025 00:07:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14948785 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2025 00:21:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14948786 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 06 2025 00:07:00 | Celtic Bank/Indigo, PO Box 4477, Beaverton, OR 97076-4401 |
| 14948787 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2025 00:07:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14948788 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 06 2025 00:07:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14948792 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 06 2025 00:21:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14948793 | + | Email/Text: dht@pacollections.com | Jun 06 2025 00:07:00 | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 14948794 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 06 2025 00:07:00 | Destiny Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 14948795 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 06 2025 00:21:34 | First Premier Bank, PO Box 5517, Sioux Falls, SD 57117-5517 |
| 14970508 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2025 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14971422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2025 00:07:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14948796 | + | Email/Text: Documentfiling@lciinc.com | Jun 06 2025 00:07:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 14967778 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 06 2025 00:20:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14948797 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 06 2025 00:20:53 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14969048 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2025 00:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14948798 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2025 00:07:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971418 | | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2025 00:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14948800 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2025 00:07:00 | Select Porfolio Servicing, Inc., Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14958400 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2025 00:21:40 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14948801 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 06 2025 00:07:00 | The Bank of Missouri, 268 S. State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 14950470 | ^ | MEBN | Jun 06 2025 00:02:04 | U.S. Bank, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14973743 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2025 00:07:00 | U.S. Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14969192 | | Email/Text: EDBKNotices@ecmc.org | Jun 06 2025 00:07:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14948804 | | Email/Text: dispute@velocityrecoveries.com | Jun 06 2025 00:07:00 | Velocity Investments, Inc., Attn: Bankruptcy, 1800 Route 34nM Suite 305, Belmar, NJ 07719 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14948789 | *+ | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14948803 | *+ | Upstart, 2750 East Cottonwood Parkway #300, Salt Lake City, UT 84121-7285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2025        Signature:        /s/Gustava Winters

Case 24-14198-pmm    Doc 34    Filed 06/07/25    Entered 06/08/25 00:34:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: 155 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Angela S. Scheipe tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Angela S. Scheipe ) | Case No. 24−14198−pmm | |
|   fka Angela S. Weidenheimer ) | | |
| ) | | |
|   Debtor(s). ) | Chapter: 13 | |
| ) | | |
| ) | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 5, 2025                                                                                    For The Court

                                                                                                   Patricia M. Mayer
                                                                                                   Judge, United States Bankruptcy Court