Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-14198-PMM**

Angela S. Scheipe
240 Main Street
Leesport  PA    19533

Petition Filed Date: 11/22/2024
341 Hearing Date: 01/07/2025
Confirmation Date: 06/05/2025

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/12/2024 | $400.00 | | 12/19/2024 | $400.00 | | 12/27/2024 | $400.00 | |
| 01/03/2025 | $400.00 | | 01/10/2025 | $400.00 | | 01/16/2025 | $400.00 | |
| 01/24/2025 | $400.00 | | 01/30/2025 | $400.00 | | 02/24/2025 | $500.00 | |
| 02/27/2025 | $500.00 | | 03/06/2025 | $500.00 | | 03/13/2025 | $500.00 | |
| 03/20/2025 | $500.00 | | 03/27/2025 | $500.00 | | 04/07/2025 | $500.00 | |
| 04/10/2025 | $500.00 | | 04/17/2025 | $500.00 | | 04/24/2025 | $500.00 | |
| 05/01/2025 | $500.00 | | 05/08/2025 | $500.00 | | 05/15/2025 | $500.00 | |
| 05/22/2025 | $500.00 | | 06/02/2025 | $500.00 | | 06/13/2025 | $500.00 | |
| 06/23/2025 | $500.00 | | 06/27/2025 | $500.00 | | 07/10/2025 | $500.00 | |
| 07/16/2025 | $500.00 | | 07/23/2025 | $500.00 | | 07/30/2025 | $500.00 | |

**Total Receipts for the Period:  $14,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $5,150.00 | $5,150.00 | $0.00 |
| 1 | CONSUMER PORTFOLIO SERVICES »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC »» 002 | Unsecured Creditors | $127.42 | $0.00 | $127.42 |
| 3 | MERRICK BANK »» 003 | Unsecured Creditors | $449.15 | $0.00 | $449.15 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $374.49 | $0.00 | $374.49 |
| 5 | US DEPARTMENT OF EDUCATION »» 005 | Unsecured Creditors | $23,120.22 | $0.00 | $23,120.22 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $247.47 | $0.00 | $247.47 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $5,045.29 | $0.00 | $5,045.29 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $239.56 | $0.00 | $239.56 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $907.16 | $0.00 | $907.16 |
| 10 | SELECT PORTFOLIO SERVICING INC »» 010 | Ongoing Mortgage | $107,146.00 | $8,997.00 | $98,149.00 |
| 11 | CONSUMER PORTFOLIO SERVICES »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-14198-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | VELOCITY INVESTMENTS LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ASPIRE VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | DESTINY MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LENDING CLUB BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | THE BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | UPSTART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | UPSTART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,700.00 | Current Monthly Payment: | $2,000.00 |
| Paid to Claims: | $14,147.00 | Arrearages: | $500.00 |
| Paid to Trustee: | $1,080.50 | Total Plan Base: | $124,773.42 |
| Funds on Hand: | $472.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.