**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Angela S. Scheipe,                    :         Chapter 13
              Debtor                    :         Bankruptcy No. 24-14198-pmm

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 40, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 39) is approved.

6/11/26

_____
Patricia M. Mayer
United States Bankruptcy Judge