United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 24-14198-pmm

Angela S. Scheipe                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                     Page 1 of 2

Date Rcvd: Jun 11, 2026                   Form ID: pdf900                          Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela S. Scheipe, 240 Main Street, Leesport, PA 19533-8836 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jun 12 2026 00:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2026 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:

**Name                          Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Angela S. Scheipe tobykmendelsohn@comcast.net

MATTHEW K. FISSEL
    on behalf of Creditor U.S. Bank  National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-4            User: admin            Page 2 of 2

Date Rcvd: Jun 11, 2026            Form ID: pdf900            Total Noticed: 3

SCOTT F. WATERMAN [Chapter 13]
         ECFMail@ReadingCh13.com

United States Trustee
         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Angela S. Scheipe,                    :        Chapter 13
              Debtor                                :        Bankruptcy No. 24-14198-pmm


**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 40, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 39) is approved.


6/11/26

_____
Patricia M. Mayer
United States Bankruptcy Judge