Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Angela S. Scheipe
240 Main Street
Leesport, PA 19533

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-14198-PMM**

Petition Filed Date: 11/22/2024
341 Hearing Date: 01/07/2025
Confirmation Date: 06/05/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $500.00 | | 08/20/2025 | $500.00 | | 08/27/2025 | $500.00 | |
| 09/04/2025 | $500.00 | | 09/10/2025 | $500.00 | | 09/17/2025 | $500.00 | |
| 09/24/2025 | $500.00 | | 10/01/2025 | $500.00 | | 10/08/2025 | $500.00 | |
| 10/16/2025 | $500.00 | | 11/07/2025 | $455.00 | | 11/19/2025 | $500.00 | |
| 11/25/2025 | $500.00 | | 12/10/2025 | $500.00 | | 12/16/2025 | $500.00 | |
| 12/23/2025 | $500.00 | | 12/31/2025 | $500.00 | | 01/07/2026 | $500.00 | |
| 01/13/2026 | $500.00 | | 02/10/2026 | $500.00 | | 02/18/2026 | $500.00 | |
| 03/17/2026 | $550.00 | | 06/02/2026 | $120.00 | | 06/22/2026 | $250.00 | |
| 06/24/2026 | $500.00 | | 07/02/2026 | $1,200.00 | | 07/07/2026 | $550.00 | |
| 07/14/2026 | $550.00 | | 07/24/2026 | $470.00 | | 07/31/2026 | $475.00 | |

**Total Receipts for the Period: $15,120.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $30,960.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $5,150.00 | $5,150.00 | $0.00 |
| 1 | CONSUMER PORTFOLIO SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $127.42 | $0.00 | $127.42 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $449.15 | $0.00 | $449.15 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $374.49 | $0.00 | $374.49 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $23,120.22 | $0.00 | $23,120.22 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $247.47 | $0.00 | $247.47 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $5,045.29 | $0.00 | $5,045.29 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $239.56 | $0.00 | $239.56 |

**Chapter 13 Case No. 24-14198-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $907.16 | $0.00 | $907.16 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Ongoing Mortgage | $107,146.00 | $22,598.49 | $84,547.51 |
| 11 | CONSUMER PORTFOLIO SERVICES<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | VELOCITY INVESTMENTS LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ASPIRE VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | DESTINY MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LENDING CLUB BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | THE BANK OF MISSOURI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | UPSTART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | UPSTART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,960.00 | Current Monthly Payment: | $2,000.00 |
| Paid to Claims: | $28,748.49 | Arrearages: | $245.00 |
| Paid to Trustee: | $2,211.51 | Total Plan Base: | $125,048.96 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.